[No. 22332–1–I.   Division One.   July 31, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT GLENN WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-03143-6, Shannon Wetherall, J., entered May 25, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson, J., Winsor, J., concurring in part and dissenting in part.

[No. 21821–2–I.   Division One.   July 31, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY E. MANSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87-1-00627-6, Robert C. Bibb, J., entered February 8, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22447–6–I.   Division One.   July 31, 1989.]

PEBBLE POINT CORPORATION, *Appellant,* v. ANN ALBRITTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for San Juan County, No. 5245, Richard L. Pitt, J., entered December 14, 1987. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Swanson and Forrest, JJ.